UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CR No. 08-165 - HA |
| v. | INDICTMENT |
| ANDREW LAUD BARNETT, aka Anthony Andrew Delrossey, | [18 U.S.C. § 876(c)] |
| Defendant. | |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about January 29, 2008, in Salem, Marion County, in the District of Oregon, ANDREW LAUD BARNETT, also known as Anthony Andrew Delrossey, defendant herein, unlawfully and knowingly deposited in the U.S. mail and caused to be delivered by the Postal Service according to the direction thereon, a letter and communication addressed to the Washington County Sheriff's Office and Sheriff Rob Gordon at 215 S.W. Adams Avenue, Hillsboro, Oregon 97123, and containing one or more threats to injury the persons of Sheriff

Rob Gordon, Deputy Sheriff Heather Brannon, Deputy Sheriff Brianne Day, and Deputy Sheriff Chad Martin; all in violation of Title 18, United States Code, Section 876(c).

Dated this __8__ day of April 2008.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

KARIN J. IMMERGUT
United States Attorney
District of Oregon

_____
STEPHEN F. PEIFER, OSB #74252
Assistant United States Attorney

Page 2 -    INDICTMENT